IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND ET AL, | CIVIL ACTION |
| **Plaintiff,** | |
| v. | NO.  20-03806 |
| GRANZOW & ASSOCIATES, INC., RUSSELL GRANZOW, | |
| **Defendants.** | |

## O R D E R

AND NOW, this 30th day of November, 2020, Plaintiffs' Complaint in Confession of Judgment (ECF 1) is **HEREBY DISMISSED WITHOUT PREJUDICE** and the clerk shall mark this case as **CLOSED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____

WENDY BEETLESTONE, J.